UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| KRISTY HUNSLEY, § § Plaintiff, § VS. § WAL-MART STORES TEXAS, LLC, § § Defendant. § | CIVIL ACTION NO. 3:18-CV-52 |

### ORDER TO TRANSFER

After reviewing the pleadings in this slip and fall personal injury case, the Court noted that the store at issue is not located within, or even in the near vicinity of, the Galveston Division of the Southern District of Texas and that this case appears to lack any other connection to the Galveston Division. The Court gave notice that it was considering a *sua sponte* transfer of this case to the Houston Division of the Southern District of Texas and gave the parties an opportunity to object (Dkt. 7). The deadline for objections has passed, and no party has filed anything. Therefore, in the interest of justice and for the convenience of the witnesses and the parties, pursuant to 28 U.S.C. § 1404(a), the Court *sua sponte* **ORDERS** that this case be **TRANSFERRED** to the United States District Court for the Southern District of Texas, Houston Division.

SIGNED at Galveston, Texas, this 2nd day of April, 2018.

_____
George C. Hanks Jr.
United States District Judge